```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

**TIFFANY GRACE WALLS,**
         **- Plaintiff**

         **v.**                              CIVIL NO. 3:11CV01452(VLB)(TPS)

**MICHAEL J. ASTRUE,**
**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION,**
         **- Defendant**

## ORDER

The Commissioner is hereby advised that, in light of the Court's Order (Dkt. #19) granting Plaintiff's Motion to Amend/Correct Case Caption (Dkt. #18), the Order remanding this case to the Commissioner (Dkt. #16) shall be construed as having been affixed with the caption appearing above. That is, the Order remanding the case applies to the Administrative Law Judge's decision dated April 20, 2011, and the Appeals Council's decision dated August 24, 2011, both with respect to Tiffany Grace Walls. A copy of the Appeals Council's decision, with the proper spelling of Ms. Walls' name, was attached to the Complaint. The Court has been advised that previous counsel erroneously listed the plaintiff's last name as "Wells" on the Complaint, and the discrepancy between the last name of "Wells" on the docket and "Walls" on the Appeals Council's decision has delayed the Commissioner's response to the Order remanding the case. The Commissioner shall take all necessary steps to ensure that this case is not further delayed. Nothing in this Order shall be

construed as modifying the date of the Order remanding the case (Dkt. #16), which remains May 3, 2012.

**Dated at Hartford, Connecticut this   13  th day of September, 2013.**

>   **/s/ Thomas P. Smith**
>   **THOMAS P. SMITH**
>   **UNITED STATES MAGISTRATE JUDGE**